**CHASE NATIONAL BANK OF CITY OF NEW YORK and F. S. Moseley & Co., v. James B. MALONE, as Receiver of The E. C. DENTON STORES COMPANY et al.**

No. 7213.

Circuit Court of Appeals, Sixth Circuit.

June 1, 1937.

Wilson & Rector, of Columbus, Ohio, and Milbank, Tweed, Hope & Webb, of New York City, for appellants.

Martin & Corry, of Springfield, Ohio, Pogue, Hoffheimer & Pogue and Floyd C. Williams, all of Cincinnati, Ohio, Edward B. Levy, of New York City, and Harry N. Routzohn and J. Ed Wasserman, both of Dayton, Ohio, for appellees.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

## PER CURIAM.

This case came on to be heard upon the record and briefs and argument of counsel; and since it does not appear that the District Court abused its discretion in making the allowances complained of [Trustees of Internal Improvement Fund v. Greenough, 105 U.S. 527, 26 L.Ed. 1157; Stuart v. Boulware, 133 U.S. 78, 10 S.Ct. 242, 33 L. Ed. 568; Shotkin v. Beidler, 70 F.(2d) 398 (C.C.A.3)], the order of the District Court is affirmed.